UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 26-00160-ELG** |
| **ACI Federal, Inc.**<br>**Debtor** | **Chapter 11** |

### ORDER TO SHOW CAUSE

The Debtor had until 04/06/2026 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Bankruptcy Case. (Docket No. 3).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **04/22/2026 at 9:30AM in Courtroom 1 or via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 04/08/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.