**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: | Case No. 26-00160-ELG |
| ACI Federal, Inc. | Chap 11 |
| Debtor | |

**[Proposed] ORDER GRANTING**
**DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 11 CASE**

Upon consideration of the Debtor's Motion to Voluntarily Dismiss Chapter 11 Case

(the "Motion"), and any responses thereto, it is hereby:

ORDERED that:

1. The Motion is GRANTED.

2. The above-captioned Chapter 11 case is DISMISSED without prejudice.

3. The Court does not impose any dismissal condition "for cause" under 11 U.S.C. § 349(a).

11 U.S.C. § 349(a).

4. Nothing in this Order imposes any refiling bar under 11 U.S.C. § 109(g). 11 U.S.C. §

109(g).

5. The Court retains jurisdiction to interpret and enforce this Order.

Date:  _____

Signed:_____, Judge