UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

In re:                                                    **Case No. 26-00160-ELG**


**ACI Federal, Inc.**                          **Chapter 11**
**Debtor**


### ORDER TO SHOW CAUSE

The Debtor had until 04/06/2026 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Bankruptcy Case. (Docket No. 3).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **04/22/2026 at 9:30AM in Courtroom 1 or via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.


For the Court:
Angela D. Caesar
BY: MB
Dated: 04/08/2026


Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 26-00160-ELG

ACI Federal, Inc.                                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                        User: admin                                     Page 1 of 1

Date Rcvd: Apr 08, 2026                  Form ID: pdf001                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID**     **Recipient Name and Address**

dbpos     + ACI Federal, Inc., 1901 Pennsylvania Ave NW, Ste 900, Washington, DC 20006-3405

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Christopher Viviani

     on behalf of Debtor In Possession ACI Federal  Inc. cv@chrisvivianiesq.com

Kristen S. Eustis

     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Michael T. Freeman

     on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

U. S. Trustee for Region Four

     USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 4