List of Creditors

Case No 26-00160-ELG

1.  Washington State Department of Revenue
    2101 4th Ave Ste, Ste.1400
    Seatle WA 98121
    Mike Boyle, 360-704-5808
    mikeb@dor.wa.gov

2.  O'Hagen Meyer PLLC
    411 East Franklin Street Ste. 500
    Richmond VA 23219
    James Cosby, 804.403.7100
    richmond@ohagenmeyer.com

3.  Comprehensive Health Services LLC
    8600 Astronaut Blvd
    Cape Canaveral, FL 32920
    Linda Ciell, 321.868.8500 x30403
    lciell@acuityinternational.com