UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 26-00160-ELG** |
| | |
| | **Chapter 11** |
| **ACI Federal, Inc.**<br>**Debtor In Possession** | |

## ORDER TO SHOW CAUSE

The Debtor had until **4/15/2026** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 3).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **5/6/2026 at 9:30AM in Courtroom 1 and via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: CA
Dated: 4/20/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.