The order below is hereby signed.

Signed: May 6 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

**In re:**

|  |  |
|---|---|
| **ACI Federal, Inc.,** | **Case No. 26-00160-ELG** |
| **Debtor.** | **Chapter 11** |

## ORDER GRANTING MOTION TO DISMISS CASE

Before the Court is the *Motion to Voluntarily Dismiss Bankruptcy Case* (the "Motion to Dismiss") (ECF No. 12) filed by ACI Federal, Inc. (the "Debtor").

For the reasons stated on the record at the hearing on May 6, 2026, it is **ORDERED** that the Motion to Dismiss is **GRANTED**.

ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: all parties in interest